**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBIN RANDLER**,          : | CIVIL ACTION NO. 1:11-CV-474 |
| **Plaintiff**        : | |
|                                : | (Judge Conner) |
| v.                             : | |
|                                : | |
| **KOUNTRY KRAFT, INC., t/d/b/a**    : | |
| **Kountry Kraft Custom Cabinetry**,   : | |
| **Defendant**       : | |

## ORDER

AND NOW, this 2nd day of December, 2011, upon consideration of the joint motion to compel Comcast Corporation to disclose e-mail content (Doc. 25), it is hereby ORDERED that said motion is GRANTED. Comcast Corporation, through Comcast Legal Demands Center - Data, Comcast Compliance, 650 Centerton Road, Moorestown, New Jersey 08057, or other corporate designee, shall, at the earliest possible time, produce the following e-mail records to Jill E. Nagy, Esquire, at Nagy Law Offices, 200 Spring Road, Suite 202, Wyomissing, PA 19610:

(a) All e-mail content stored, kept, monitored, or received by Comcast Corporation, including, but not limited to, all sent and received e-mail and all attachments sent or received to or from the registered e-mail address of Robin Randler, whose primary account holder may be listed as Robert and/or Robin Randler.  E-mail address: rrandler@comcast.net.

It is further ORDERED that if any reasonable expenses are incurred in compliance with this Order, Michael Crocenzi, Esquire, is to be notified as quickly as practicable so that payment thereof can be made to Comcast, thereby avoiding any delay in the production compelled by this Order.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge